IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas DIVISION

(Name All Plaintiffs and Defendants)

Charles Hearn

vs.

Dwayne G. Bishop, V. A. & T., Inc., Congregational Security, Inc., and Classic Security Services, Inc.

CIVIL NUMBER 3:22-CV-1049-G

Complete the following if judgment was rendered in another District:

District: Northern
Docket Number: 18
Date Entered: 7-21-22

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 21st day of July, 2022, in favor of Charles Hearn

against Dwayne G. Bishop, V.A.&T., Inc., Congregational Security, Inc. and Classic Security Services, Inc

in the sum of $ 93,213.00 with interest at the rate of 5% per cent per annum from the 28th day of January, 2022.

Costs have been taxed by the Clerk of Court in the sum of $ ________.

Credits reflected by returns on execution in the sum of $________.

The address of the defendant shown in this suit in which said judgment was rendered: 3039 Nowitzki Way, Dallas, Texas 75219 or nature of citation and date and place citation served:

Summons and Original Complaint served 6-2-22.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this ____ day of ________, 20___.

KAREN MITCHELL, CLERK

By ____________
Deputy Clerk